FALLIN v. THE STATE.

FISH, C. J. There was nothing in the evidence to authorize an instruction on the subject of voluntary manslaughter. The evidence warranted the verdict, and the court did not err in refusing to grant a new trial.
*Judgment affirmed. All the Justices concur.*

Submitted January 18,—Decided February 11, 1909.

Indictment for murder. Before Judge Worley. Wilkes superior court. November 21, 1908.

*F. H. Colley, I. T. Irvin,* and *W. A. Slaton,* for plaintiff in error. *John C. Hart, attorney-general, Thomas J. Brown, solicitor-general,* and *David W. Meadow,* contra.